NEBRASKA STATE BANK, A CORPORATION, APPELLANT, V. BONNIE J. DOUGHERTY, APPELLEE.

460 N.W.2d 655

Filed September 28, 1990.   No. 88-715.

Daniel L. Hartnett, of Crary, Huff, Clem, Raby & Inkster, for appellant.

Patrick G. Rogers, of Rogers & Rogers, for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.

On the bases of the briefs, the record, and the recommendation of the Appellate Division of the District Court, we find that questions of fact exist and therefore the trial court erred in awarding summary judgment to the defendant. Accordingly, the judgment of the district court is reversed and the cause remanded for further proceedings.

REVERSED AND REMANDED FOR
FURTHER PROCEEDINGS.